PD-00501-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/29/2014 1:34:32 PM
Accepted 12/29/2014 3:56:03 PM
ABEL ACOSTA
CLERK

FILED IN
COURT OF CRIMINAL APPEALS

December 29, 2014

December 29, 2014                    ABEL ACOSTA, CLERK

Mr. John Brown
Chief Deputy Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Re:  Damien Hernandez Cortez, No. PD-0501-14

Dear Mr. Brown:

In response to your December 10, 2014 letter, I write to inform you that I will present oral argument in the State's behalf at the January 14, 2014 submission of the above case.

I apologize for my tardiness in responding to your notification. I had surgery on my foot on December 18, and was out of the office until December 29 recuperating and for Christmas vacation – I simply overlooked my duty to respond.

Thank you for your December 10, 2014 notification and for your attention to this response.

Sincerely,


__/s/John L. Owen_____
John L. Owen
Assistant District Attorney
jackowen@co.potter.tx.us
(806) 379-2325

c:  Eric Coats